UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x

GLOBAL GOLD MINING, LLC,

                    Petitioner,

vs.

PETER M. ROBINSON, AS PRESIDENT OF THE
INTERNATIONAL CHAMBER OF COMMERCE,
AN UNINCORPORATED ASSOCIATION, AND
INTERNATIONAL COURT OF ARBITRATION
OF THE INTERNATIONAL CHAMBER OF
COMMERCE, AN UNINCORPORATED
ASSOCIATION,

                    Respondents.
----------------------------------------------------------------x

JUDGE LYNCH

07 CV 10492

07 Civ.

ECF CASE

**RULE 7.1 STATEMENT**



NOV 20 2007
U.S.D.C. S.D.N.Y.
CASHIERS

    Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Respondents International Chamber of Commerce ("ICC") and International Court of Arbitration of the International Chamber of Commerce ("ICC Court") make the following disclosure statement.

    Respondent ICC is an unincorporated association organized under the laws of France, and the ICC Court is an administrative body thereof. No publicly held corporation owns a 10% interest or more of Respondents ICC or ICC Court.

Dated: New York, New York  
November 20, 2007

Respectfully submitted,

ALLEN & OVERY LLP

By: /s/ LB Kimmelman  
Louis B. Kimmelman  
Dana C. MacGrath

1221 Avenue of the Americas  
New York, New York 10020  
Telephone: (212) 610-6300  
Facsimile: (212) 610-6399  
E-Mail: benno.kimmelman@allenovery.com  
dana.macgrath@allenovery.com

Attorneys for Respondents