*Lynch, J*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------- x

GLOBAL GOLD MINING, LLC,

                      Petitioner,

       - against -

PETER M. ROBINSON, AS PRESIDENT OF
INTERNATIONAL CHAMBER OF COMMERCE,
AN UNINCORPORATED ASSOCIATION, AND
INTERNATIONAL COURT OF ARBITRATION
OF THE INTERNATIONAL CHAMBER OF
COMMERCE, AN UNINCORPORATED
ASSOCIATION,

                      Respondents.
-------------------------------------------------- x

07 Civ. 10492 (GEL)

ECF CASE



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/27/07

## STIPULATION AND ORDER EXTENDING TIME

      **IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel for the parties in the above-captioned proceeding, as follows:

      1.    The time for Respondents International Chamber of Commerce and International Court of Arbitration of the International Chamber of Commerce (collectively, "Respondents") to move to dismiss the Petition Under N.Y. C.P.L.R. Article 75 in this proceeding (the "Petition") is hereby extended through and including Tuesday, December 4, 2007.

      2.    The time for Petitioner Global Gold Mining, LLC to respond to Respondents' motion to dismiss the Petition is hereby extended through and including Friday, December 21, 2007.

3. The time for Respondents to submit their reply papers in support of their motion to dismiss the Petition is extended through and including Friday, January 11, 2008.

4. No prior extensions of time have been requested.

Dated: November 26, 2007

| ALLEN & OVERY LLP | KING & SPALDING LLP |
|---|---|
| By: /s/ *illegible signature* <br>Louis B. Kimmelman<br>Dana C. MacGrath | By: Edward G. Kehoe <br>Edward G. Kehoe<br>Louisa B. Childs |
| 1221 Avenue of the Americas<br>New York, New York 10020<br>Telephone: (212) 610-6300<br>Facsimile: (212) 610-6399<br>Email: benno.kimmelman@allenovery.com<br>dana.macgrath@allenovery.com | 1185 Avenue of the Americas<br>New York, New York 10036<br>Telephone: (212) 556-2246<br>Facsimile: (212) 556-2222<br>Email: ekehoe@kslaw.com<br>lchilds@kslaw.com |
| *Attorneys for Respondents*<br>International Chamber of Commerce<br>and International Court of Arbitration of<br>the International Chamber of Commerce | *Attorneys for Petitioner*<br>Global Gold Mining, LLC |

SO ORDERED:

*/s/ signature*
U.S.D.J.
11/27/07