

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

GLOBAL GOLD MINING LLC,

                         Petitioner,

       -against-

PETER M. ROBINSON, AS PRESIDENT OF
INTERNATIONAL CHAMBER OF COMMERCE, AN
UNINCORPORATED ASSOCIATION, AND
INTERNATIONAL COURT OF ARBITRATION OF
THE INTERNATIONAL CHAMBER OF COMMERCE,
AN UNINCORPORATED ASSOCIATION,

                         Respondents.

------------------------------------------------------------x

07 Civ. 10492 (GEL)
Judge Lynch

**NOTICE OF APPEAL**

### PETITIONER GLOBAL GOLD MINING LLC'S NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Notice is hereby given that Petitioner Global Gold Mining LLC ("Global Gold") in the above-captioned matter, hereby appeals to the United States Court of Appeals for the Second Circuit from the Opinion and Order of the United States District Court for the Southern District of New York granting Respondents' motion to dismiss Global Gold's petition for an order directing the International Court of Arbitration to refer a dispute to an arbitration panel, entered on the 6th day of February 2008. Petitioners further appeal the Judgment entered on the same day.

Dated: New York, New York
       March 6, 2008

                                        KING & SPALDING LLP

                                        By: _____
                                        Edward G. Kehoe (EK 2615)
                                        Louisa B. Childs (LC 0935)
                                        1185 Avenue of the Americas
                                        New York, New York 10036
                                        Telephone: (212) 556-2100
                                        Facsimile: (212) 556-2246
                                        ekehoe@kslaw.com

                                        R. Doak Bishop
                                        Wade M. Coriell
                                        1100 Louisiana, Suite 4000
                                        Houston, TX 77002-5213
                                        Phone: (713) 751-3200
                                        Fax: (713) 751-3290

                                        Kenneth R. Fleuriet
                                        25 Cannon Street
                                        London EC4M 5SE
                                        United Kingdom
                                        Phone: +44 (0)20-7551-7500
                                        Fax: +44 (0)20-7551-7575

                                        *Attorneys for Petitioner Global Gold Mining, LLC*

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that, on March 6, 2008, a copy of the foregoing Petitioner Global Gold Mining LLC's Notice of Appeal was caused to be served by overnight delivery upon the following attorneys of record:

> Louis B. Kimmelman, Esq.
> Dana MacGrath, Esq.
> Allen & Overy LLP
> 1221 Avenue of the Americas
> New York, New York 10020
>
> *Attorneys for Respondents*
> *Peter M. Robinson, et al.*

Alison J. Hudspeth