UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------- x
:
GLOBAL GOLD MINING, LLC,                       :
                                               :
                               Petitioner,     :
                                               :
              - against -                      :        07 Civ. 10492 (GEL)
                                               :
                                               :
PETER M. ROBINSON, AS PRESIDENT OF             :        ECF CASE
INTERNATIONAL CHAMBER OF COMMERCE,             :
AN UNINCORPORATED ASSOCIATION, AND             :
INTERNATIONAL COURT OF ARBITRATION            :
OF THE INTERNATIONAL CHAMBER OF                :
COMMERCE, AN UNINCORPORATED                    :
ASSOCIATION,                                   :
                                               :
                                               :
                               Respondents.    :
---------------------------------------------- x

**RESPONDENTS' NOTICE OF CROSS-APPEAL TO THE
UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT**

Notice is hereby given that Respondents International Chamber of

Commerce and International Court of Arbitration of the International Chamber of

Commerce in the above captioned matter hereby cross-appeal to the United States Court

of Appeals for the Second Circuit from the Opinion and Order of the United States

District Court for the Southern District of New York entered on February 6, 2008

denying Respondents' request for an award of costs and attorneys' fees. Respondents

further appeal from the Judgment entered on the same day.

Dated: New York, New York
      March 17, 2008

ALLEN & OVERY LLP

By: _____
        Louis B. Kimmelman
        Dana C. MacGrath

1221 Avenue of the Americas
New York, New York  10020
Telephone: 212-610-6300
Fax: 212-610-6399
benno.kimmelman@allenovery.com
dana.macgrath@allenovery.com

*Attorneys for Respondents*
International Chamber of Commerce and
International Court of Arbitration of the
International Chamber of Commerce

TO:    Edward G. Kehoe
       Louisa B. Childs
       KING & SPALDING LLP
       1185 Avenue of the Americas
       New York, New York 10036

       *Attorneys for Petitioner*
       Global Gold Mining, LLC