# UNITED STATES COURT OF APPEALS
## FOR THE SECOND CIRCUIT



--------------------------------------------------------x

Global Gold Mining, LLC,

          Appellant-Cross-Appellee

    v.

Robinson,

        Appellee-Cross-Appellant

--------------------------------------------------------x

Docket No.   08-1110-cv

                08-1382-cv

### STIPULATION WITHDRAWING APPEAL FROM ACTIVE CONSIDERATION, WITHOUT PREJUDICE, WITH LEAVE TO REACTIVATE

The undersigned counsel hereby stipulate that the above-captioned appeal and cross-appeal are hereby withdrawn from active consideration before the Court, such withdrawal to be without prejudice **to reactivation by appellant's counsel (or on the cross-appeal, appellee's counsel) by written notice to the Clerk of this Court by July 3, 2008**. If not thus reactivated, the appeal and/or cross-appeal shall be deemed withdrawn **with prejudice** and without costs or attorneys fees incurred to date. See Hertzner v. Henderson, 292 F.3d 302 (2d Cir. 2002).

Withdrawal of the appeal from active consideration **shall not** operate as a dismissal of the appeal under FRAP 42(b).

Paul A. Straus
King & Spalding LLP
1185 Avenue of the Americas
New York, NY 10036
Counsel for Appellant-Cross-Appellee

Louis B. Kimmelman
Allen & Overy LLP
1221 Avenue of the Americas
New York, NY 10020
Counsel for Appellee-Cross-Appellant

So Ordered

FOR THE COURT
Catherine O'Hagan Wolfe, Clerk of Court
By

Lisa J. Greenberg, Staff Counsel

A TRUE COPY
Catherine O'Hagan Wolfe, Clerk

by

DEPUTY CLERK

CERTIFIED: 4/15/08