07cv10492
(GS)
# 15

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

-----------------------------------x

Global Gold Mining, LLC,

      Appellant-Cross-Appellee

v.

Robinson

      Appellee-Cross-Appellant

-----------------------------------x

Docket No.   08-1110-cv

08-1382-cv

[STAMP: UNITED STATES COURT OF APPEALS FILED JUL 11 2008 Catherine O'Hagan Wolfe, Clerk SECOND CIRCUIT]

## STIPULATION EXTENDING TIME TO REACTIVATE APPEAL WITHDRAWN FROM ACTIVE CONSIDERATION

WHEREAS, the above-captioned appeal and cross-appeal have been withdrawn from active consideration before the Court, without prejudice to reactivation by appellant's counsel (or on the cross-appeal, appellee's counsel) by written notice to the Clerk of this Court by July 3, 2008.

The undersigned counsel hereby stipulate that the date by which the above-captioned appeal and cross-appeal may be reactivated by appellant's counsel (or on the cross-appeal, appellee's counsel) by written notice to the Clerk of this Court is hereby extended to and including August 4, 2008. If not thus reactivated, the appeal and/or cross-appeal shall be deemed withdrawn **with prejudice** and without costs or attorneys fees incurred to date. See Hertzner v. Henderson, 292 F.3d 302 (2d Cir. 2002).

Withdrawal of the appeal from active consideration **shall not** operate as a dismissal of the appeal under FRAP 42(b).

_Paul A. Straus_
Paul A. Straus
King & Spalding LLP

_Louis B. Kimmelman_
Louis B. Kimmelman
Allen & Overy LLP

**CERTIFIED:**

JUL 1 1 2008

1185 Avenue of the Americas  
New York, NY 10036  
Counsel for Appellant-Cross-Appellee

1221 Avenue of the Americas  
New York, NY 10020  
Counsel for Appellee-Cross-Appellant

*So Ordered*

FOR THE COURT  
Catherine O'Hagan Wolfe, Clerk of Court  
By  
Lisa J. Greenberg, Staff Counsel

- 2 -

A TRUE COPY  
Catherine O'Hagan Wolfe, Clerk  
by _____  
DEPUTY CLERK

TOTAL P.003