SDNY/NYNY
07-CV-10492
Lynch

# UNITED STATES COURT OF APPEALS
## FOR THE SECOND CIRCUIT

-------------------------------------------x

Global Gold Mining, LLC,

            Appellant-Cross-Appellee        Docket No.   08-1110-cv

    v.                                           08-1382-cv

Robinson

            Appellee-Cross-Appellant

-------------------------------------------x

UNITED STATES COURT OF APPEALS
FILED
AUG – 4 2008
Catherine O'Hagan Wolfe, Clerk
SECOND CIRCUIT

U.S. DISTRICT COURT
FILED
AUG 08 2008
S.D. OF N.Y.

## STIPULATION EXTENDING TIME TO REACTIVATE
## APPEAL WITHDRAWN FROM ACTIVE CONSIDERATION

WHEREAS, the above-captioned appeal and cross-appeal have been withdrawn from active consideration before the Court, without prejudice to reactivation by appellant's counsel (or on the cross-appeal, appellee's counsel) by written notice to the Clerk of this Court by August 4, 2008.

The undersigned counsel hereby stipulate that the date by which the above-captioned appeal and cross-appeal may be reactivated by appellant's counsel (or on the cross-appeal, appellee's counsel) by written notice to the Clerk of this Court is hereby extended to and including September 5, 2008. If not thus reactivated, the appeal and/or cross-appeal shall be deemed withdrawn **with prejudice** and without costs or attorneys fees incurred to date. See Hertzner v. Henderson, 292 F.3d 302 (2d Cir. 2002).

Withdrawal of the appeal from active consideration **shall not** operate as a dismissal of the appeal under FRAP 42(b).

| | |
|---|---|
| *[signature]* | *[signature]* |
| Paul A. Straus | Louis B. Kimmelman |
| King & Spalding LLP | Allen & Overy LLP |
| 1185 Avenue of the Americas | 1221 Avenue of the Americas |
| New York, NY 10036 | New York, NY 10020 |
| Counsel for Appellant-Cross-Appellee | Counsel for Appellee-Cross-Appellant |

CERTIFIED:

AUG – 4 2008

So Ordered

A TRUE COPY
Catherine O'Hagan Wolfe, Clerk

by _____
DEPUTY CLERK

FOR THE COURT
Catherine O'Hagan Wolfe, Clerk of Court
by _____
Lisa J. Greenberg, Staff Counsel

TOTAL P