SDNY/NYNY
07-cv-10492
Lynch

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

------------------------------------------------x

Global Gold Mining, LLC,

    Appellant-Cross-Appellee

v.

Robinson

    Appellee-Cross-Appellant

------------------------------------------------x

Docket No. 08-1110-cv
08-1382-cv



STIPULATION EXTENDING TIME TO REACTIVATE
APPEAL WITHDRAWN FROM ACTIVE CONSIDERATION

WHEREAS, the above-captioned appeal and cross-appeal have been withdrawn from active consideration before the Court, without prejudice to reactivation by appellant's counsel (or on the cross-appeal, appellee's counsel) by written notice to the Clerk of this Court by September 5, 2008.

The undersigned counsel hereby stipulate that the date by which the above-captioned appeal and cross-appeal may be reactivated by appellant's counsel (or on the cross-appeal, appellee's counsel) by written notice to the Clerk of this Court is hereby extended to and including October 6, 2008. If not thus reactivated, the appeal and/or cross-appeal shall be deemed withdrawn **with prejudice** and without costs or attorneys fees incurred to date. See Hertzner v. Henderson, 292 F.3d 302 (2d Cir. 2002).

Withdrawal of the appeal from active consideration shall not operate as a dismissal of the appeal under FRAP 42(b).

_/s/ Paul C. Straus_
Paul A. Straus
King & Spalding LLP
1185 Avenue of the Americas
New York, NY 10036
Counsel for Appellant-Cross-Appellee

_/s/ Kimmelman_
Louis B. Kimmelman
Allen & Overy LLP
1221 Avenue of the Americas
New York, NY 10020
Counsel for Appellee-Cross-Appellant

So Ordered
FOR THE COURT
Catherine O'Hagan Wolfe, Clerk of Court
By _/s/ Lisa J. Greenberg_
Lisa J. Greenberg, Staff Counsel

CERTIFIED:

SEP 0 2 2008

A TRUE COPY
Catherine O'Hagan Wolfe, Clerk
by _____
DEPUTY CLERK